UNITED STATES of America,
Plaintiff-Appellee,

v.

William W. HOLLAND,
Defendant-Appellant.

No. 76–3763.

United States Court of Appeals,
Fifth Circuit.

Sept. 13, 1977.

Sterling G. Culpepper, Jr. (Court-appointed), Charles S. Coody, Montgomery, Ala., for defendant-appellant.

D. Broward Segrest, Acting U. S. Atty., Milton L. Moss, Asst. U. S. Atty., Montgomery, Ala., for plaintiff-appellee.

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.